IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Michael J

Printed: 11/13/07

Case Number: 06 B 14290
Judge: Hollis, Pamela S
Filed: 11/2/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 1, 2007
Confirmed: January 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,546.00 |  |
| Secured: |  | 1,365.11 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 180.89 |
| Other Funds: |  | 0.00 |
| Totals: | 3,546.00 | 3,546.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,000.00 | 2,000.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 38,620.46 | 1,365.11 |
| 4. | RMI/MCSI | Unsecured | 263.32 | 0.00 |
| 5. | American General Finance | Unsecured |  | No Claim Filed |
| 6. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 7. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 8. | Mellon Finanacial Services | Unsecured |  | No Claim Filed |
| 9. | J J Marshall | Unsecured |  | No Claim Filed |
| 10. | Net Bank | Unsecured |  | No Claim Filed |
| 11. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 12. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 13. | Value City | Unsecured |  | No Claim Filed |
| 14. | Ocwen Federal Bank FSB | Unsecured |  | No Claim Filed |
| 15. | American General Finance | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 40,883.78 | $ 3,365.11 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 84.77 |
| 5.4% | 96.12 |
|  | _____ |
|  | $ 180.89 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jones, Michael J | Case Number:  06 B 14290 |
| | Judge:  Hollis, Pamela S |
| Printed:  11/13/07 | Filed:  11/2/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley*